UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-00407-RAL-EAJ

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

MAD DOGS & ENGLISHMEN, INC., a Florida,
corporation, d/b/a MAD DOGS & ENGLISHMEN,
and CRAIG RICK, an individual, and MORLEY
WILTON, an individual,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff KENDRICK E. DULDULAO by and through his undersigned counsel, hereby notifies the Court that settlement has been reached as to all Defendants, MAD DOGS & ENGLISHMEN, INC., d/b/a MAD DOGS & ENGLISHMEN, and CRAIG RICK, and MORLEY WILTON, in the above styled case. A Stipulation of Dismissal With Prejudice will be filed with the Court shortly hereafter.

Dated this 28th day of June, 2011.

Respectfully submitted,

/s/B. Bradley Weitz._____
B. BRADLEY WEITZ, ESQ.
Florida Bar No.: 479365
**THE WEITZ LAW FIRM, P.A**.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile:  (305) 704-3877
Email: bbw@weitzfirm.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-cv-00407-RAL-EAJ

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

MAD DOGS & ENGLISHMEN, INC., a Florida,
corporation, d/b/a MAD DOGS & ENGLISHMEN,
and CRAIG RICK, an individual, and MORLEY
WILTON, an individual,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2011, electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank Of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:   (305) 949-7777
    Facsimile:   (305) 704-3877
    Email: bbw@weitzfirm.com

## SERVICE LIST

Kendrick E. Duldulao vs. Mad Dogs & Englishmen, Inc., a Florida corporation,
d/b/a Mad Dogs & Englishmen, and Craig Rick, an individual, and Morley Wilton, an individual,
CASE NO.: 8:11-cv-00407-RAL-EAJ
United States District Court, Middle District Of Florida
Tampa Division


**Mad Dogs & Englishmen, Inc.**
**d/b/a Mad Dogs & Englishmen**
**Craig Rick**
**Morley Wilton**
Robert W. Boos, Esq.
Adams and Reese LLP
101 E. Kennedy Boulevard, Suite 4000
Tampa, Florida 33602
Telephone: (813) 402-2880
Facsimile:  (813) 227-5632
Email: Bob.Boos@arlaw.com
**ELECTRONIC CORRESPONDENCE**